**Opinion issued August 20, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00212-CV

————————————

**JOHN T. PRESTON; BRILLIANT NOVELTY, LLC; C CHANGE INVESTMENTS, LLC; AND CHRISTOPH HENKEL, Appellants**

**V.**

**JANET NORTHRUP, CHAPTER 7 TRUSTEE FOR THE ESTATE OF NC12, INC., Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-61430**

---

## MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the

appeal. *See* Tex. R. App. P.  42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.